# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

| | |
|---|---|
| STEVEN ERICH HUBBARD,<br>　　　　Plaintiff, | CASE NO. |
| vs. | |
| TRANSUNION, LLC,<br>　　　　Defendant. | Judge<br>Magistrate Judge |

## TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Metropolitan General Sessions Court of Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee (Nashville), on the following grounds:

1.　　Plaintiff, Steven Erich Hubbard, served Trans Union on or about May 31, 2021, with a Civil Warrant initiating an action in the Metropolitan General Sessions Court of Davidson County, Tennessee. A copy of the Civil Warrant is attached hereto as **Exhibit A**. Trans Union has also been served with Plaintiff's Motion For Permission To Commence Limited Discovery, a copy of which is attached hereto as **Exhibit B**. No other process, pleadings or orders have been served upon Trans Union.

2.　　Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Civil Warrant, generally.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Metropolitan General Sessions Court of Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee (Nashville).

5. Notice of this removal will promptly be filed with the Metropolitan General Sessions Court of Davidson County, Tennessee and served upon all adverse parties.

WHEREFORE, Defendant, Trans Union, LLC, by counsel, removes the subject action from the Metropolitan General Sessions Court of Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee (Nashville).

Respectfully submitted,

*/s/* David M. Anthony
David M. Anthony, Esq. (TN #019951)
Anthony Watson PLLC
P.O. Box 121197
Nashville, TN 37212
Telephone: (615) 869-0634
Fax: (615) 861-1223
E-Mail: danthony@awlawpllc.com

*Counsel for Defendant Trans Union, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **10th day of June, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **10th day of June, 2021**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Steven Erich Hubbard<br>478 North Chancery Street<br>McMinnville, TN 37110 | |
|---|---|

                                                /s/ David M. Anthony
                                                David M. Anthony, Esq.