# EXHIBIT A

# CIVIL WARRANT

COPY

EFILED 05/28/21 01:08 PM CASE NO. 21GC6958 Richard R. Rooker, Clerk

## STATE OF TENNESSEE, COUNTY OF DAVIDSON

**COURTROOM 1A**
Pro Se

NO. 21GC6958          Original

To Any Lawful Officer To Execute and Return:

Summon TRANSUNION, LLC

to appear before the Metropolitan General Sessions Court of Davidson County, Tennessee, to be held in Courtroom 1A, Justice A.A. Birch Building, 408 Second Avenue North, Nashville, Tennessee, on 07/01/2021, at 10:00am, then and there to answer in a civil action (under $25,000) brought by the Plaintiff(s) for:

The Fair Credit Reporting Act, 15 U.S.C. § 1681, is U.S. Federal Government legislation enacted to promote the accuracy, fairness, and privacy of consumer information contained in the files of consumer reporting agencies. Defendant, Transunion, LLC, violated the U.S. Fair Credit Reporting Act ("FCRA") by reporting my Chapter 13 bankruptcy as still being open after being voluntarily dismissed in the U.S. Bankruptcy Court for the Eastern District of Tennessee ("E.D. Tenn."). Thus, Defendant owes the Plaintiff for actual, statutory, punitive, costs, and attorneys' fees under 15 U.S.C. § 1681n, or in alternative fact, under 15 U.S.C. § 1681o of the Act.

### NOTICE TO THE DEFENDANT(S)

Failure to appear and answer this Summons will result in judgment by default being rendered against you for the relief requested. Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. This list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these items include items of necessary wearing apparel (clothing) for yourself and your family and trunks and other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer.

---

STEVEN ERICH HUBBARD
Plaintiff

478 N CHANCERY ST, MCMINNVILLE, TN 37110
Address

_____
Telephone

vs.

TRANSUNION, LLC
Defendant

_____
Defendant

_____
Defendant

◯ **CIVIL WARRANT**
Metropolitan General Sessions Court

Day of Week: Do not set for Friday

Set for 10:00am on 07/01/2021, Courtroom 1A,
Justice A.A. Birch Building
408 Second Avenue North
P.O. Box 196304
Nashville, Tennessee 37219-6304

Attorney for Plaintiff
Telephone

Attorney for Defendant
Telephone

TO REQUEST AN ADA ACCOMMODATION, PLEASE CONTACT DART CORE AT (615) 880-3309.

ISSUED 05/28/21 02:02 PM Richard R. Rooker, Clerk /s/ Debi Butzler