# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

STEVEN ERICH HUBBARD,  
    Plaintiff,

vs.

TRANSUNION, LLC,  
    Defendant.

CASE NO. 3:21-cv-00457

Judge Eli J. Richardson

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC

Plaintiff Steven Erich Hubbard ("Plaintiff"), and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union in this action. Accordingly, Trans Union does not intend to submit any response to Plaintiff's Complaint and the parties do not need the Court to schedule any conferences at this time. Plaintiff and Trans Union shortly will file a Stipulation Of Dismissal With Prejudice.

Date: June 21, 2021

Respectfully submitted,

*s/David M. Anthony*  
David M. Anthony, Esq. (TN #019951)  
Anthony Watson PLLC  
P.O. Box 121197  
Nashville, TN 37212  
Telephone: (615) 869-0634  
Fax: (615) 301-6557  
E-Mail: danthony@awlawpllc.com

*Counsel for Defendant Trans Union, LLC*

| Date: June 21, 2021 | s/Steven Erich Hubbard (w/ consent) |
|---|---|
| | Steven Erich Hubbard |
| | Pro se Plaintiff |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **21st day of June, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **21st day of June, 2021**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Steven Erich Hubbard<br>478 North Chancery Street<br>McMinnville, TN 37110 | |
|---|---|

s/David M. Anthony
David M. Anthony, Esq. (TN #019951)
Anthony Watson PLLC
P.O. Box 121197
Nashville, TN 37212
Telephone: (615) 869-0634
Fax: (615) 301-6557
E-Mail: danthony@awlawpllc.com

*Counsel for Defendant Trans Union, LLC*